# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-MC-039-GCM-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **APPROXIMATELY $86,063.00 IN UNITED STATES CURRENCY PURSUANT TO FEDERAL SEARCH WARRANT ON OR ABOUT NOVEMBER 28, 2023, AT 2208 PLEASANT DALE DRIVE, CHARLOTTE, NC,** ) ) ) ) ) ) ) | |
| ) | |
| and ) | |
| ) | |
| **APPROXIMATELY $1,032.00 IN UNITED STATES CURRENCY SEIZED PURSUANT TO FEDERAL SEARCH WARRANT ON OR ABOUT NOVEMBER 28, 2023, AT 11228 DICKIE ROSS ROAD, CHARLOTTE, NC ,** ) ) ) ) ) ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Ex Parte Consent Motion For Extension of Time To File Forfeiture Complaint" (Document No. 1) filed March 22, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Ex Parte Consent Motion For Extension of Time To File Forfeiture Complaint" (Document No. 1) is **GRANTED**. The Government shall file a Complaint For Forfeiture In Rem on or before **July 10, 2024**.

**SO ORDERED**.

Signed: March 25, 2024

_____
David C. Keesler
United States Magistrate Judge